UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO GARCIA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BEST VALUE RECYCLING, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 5:14-CV-01051-JAK-JEM<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**<br><br>**JS-6** |

### ORDER

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  March 17, 2015      _____
　　　　　　　　　　　　　　HONORABLE JOHN A. KRONSTADT
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1